[No. 34675-3-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY M. DAWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00046-5, Frank E. Cuthbertson, J., entered March 29, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 34731-8-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMEL EDWARD HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04146-7, Brian M. Tollefson, J., entered April 21, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 34954-0-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER HUGH VEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01671-7, James E. Warme, J., entered May 25, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 35017-3-II. Division Two. June 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE LEE BRATCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02728-2, Diane M. Woolard, J., entered July 14, 2006. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.